MEMORANDUM OPINION


No. 04-08-00289-CV



PETROGULF CORP. and Douglas Cameron McLeod,


Appellants



v.



MAGNUM PRODUCING, L.P.,


Appellee



From the 229th Judicial District Court, Duval County, Texas


Trial Court No. DC-08-65


Honorable Alex W. Gabert, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Karen Angelini, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: August 13, 2008 


DISMISSED

 Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of
service to appellee, and the appellee has not opposed the motion. Therefore, we grant the motion
and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1). Costs of the appeal are taxed against
appellants.

 PER CURIAM